Maria K. Nelson (State Bar No. 155608)
JONES, DAY, REAVIS & POGUE
555 West Fifth Street
Suite 4600
Los Angeles, California  90013-1025
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Blaney Harper (*Pro Hac Vice*)
JONES, DAY, REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:     (202) 879-3939
Facsimile:      (202) 626-1700

Attorneys for Plaintiff
NETWORK CACHING TECHNOLOGY, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETWORK CACHING TECHNOLOGY, L.L.C., | Case No.  CV-01-2079 (VRW) |
|---|---|
| Plaintiff, | **REPLY TO COUNTERCLAIMS OF AKAMAI TECHNOLOGIES, INC.** |
| v. | |
| NOVELL, INC., VOLERA, INC., AKAMAI TECHNOLOGIES, INC., CACHEFLOW, INC., AND INKTOMI CORPORATION | |
| Defendants. | |

Plaintiff - Counterclaim Defendant Network Caching Technology, L.L.C. ("NCT") replies to the Counterclaims of Defendant - Counterclaim Plaintiffs Akamai Technologies, Inc. ("Akamai") as follows:

## Counterclaims

**The Parties**

1. Admitted.

2. Admitted.

**Jurisdiction**

3. Admitted.

4. Admitted.

**Existence of an Actual Controversy**

5. Admitted.

6. Admitted.

7. Plaintiff NCT is without sufficient information or knowledge to ascertain the time at which Akamai and/or any of its customers became aware of any of the patents-in-suit.  NCT admits that it did not notify Akamai of its infringement prior to filing suit.

**Invalidity of the '049, '914, '452 and/or '234 Patents**

8. Denied.

**Non-Infringement of the '049, '914, '452 and/or '234 Patents**

9. Denied.

Wherefore, Plaintiff - Counterclaim Defendant NCT requests that this Court enter judgment in its favor and against Defendant - Counterclaim Plaintiff Akamai as follows:

(a) Granting the relief requested by NCT in its amended complaint, including, *inter alia*, a declaration that the '049, '914, '452 and '234 patents are valid and infringed by Akamai.

(b) Such other relief as the Court deems proper.

Dated: October 30, 2001

Respectfully submitted,

JONES, DAY, REAVIS & POGUE

By: /s/ Blaney Harper
    Blaney Harper

Attorneys for Plaintiff
NETWORK CACHING TECHNOLOGY, L.L.C.