JONES, DAY, REAVIS & POGUE

51 LOUISIANA AVENUE, N.W.

WASHINGTON, D.C. 20001-2113

TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

WRITER'S DIRECT NUMBER:
202-879-7623
bharper@jonesday.com

JP446467:ltg

March 7, 2002

VIA ELECTRONIC FILING

Hon. Vaughn R. Walker
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 6, 17th Floor
San Jose, CA 94102

      Re:   NCT v. Novell et. al.,
            Civil Action CV-01-2079 (VRW)
           U.S. District Court, N. D. Cal., San Francisco Division

Your Honor:

      This letter responds briefly to Counsel for Defendant Novell and Volera's letter to you of March 4, 2002. For the reasons set forth in NCT's response to Counsel for Inktomi's March 1, 2002 letter brief, Novell/Volera's concerns regarding NCT's compliance with Patent Local Rule 3-2 are unfounded.

      Respectfully Submitted,

      /s/Blaney Harper
      Blaney Harper

cc:
Michael A. Ladra, Esq.
Tarek N. Fahmi, Esq.
James P. Kleinberg, Esq.
William J. Anthony, Jr., Esq.
via facsimile