WILLIAM L. ANTHONY, JR. (State Bar No. 106908)
I. NEEL CHATTERJEE (State Bar No. 173985)
MONTE M.F. COOPER (State Bar No. 196746)
SAM O'ROURKE (State Bar No. 205233)
MICHAEL C. SPILLNER (State Bar No. 205785)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant
Inktomi Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETWORK CACHING TECHNOLOGY, L.L.C., | CASE NO. C 01-2079 VRW |
|---|---|
| Plaintiff, | **DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF DEFENDANT INKTOMI CORPORATION'S MOTION TO DISMISS PLAINTIFF NCT'S AMENDED COMPLAINT DUE TO NCT'S LACK OF STANDING** |
| v. | |
| NOVELL, INC.; VOLERA, INC.; AKAMAI TECHNOLOGIES, INC.; CACHEFLOW, INC.; and INKTOMI CORPORATION, | Date: May 30, 2002<br>Time: 2:00 p.m.<br>Judge: Honorable Vaughn R. Walker<br>Place: Courtroom 6, 17th Floor |
| Defendants. | |

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:191032.1

DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF
INKTOMI'S MOTION TO DISMISS
(CASE NO. C 01-2079 VRW)

I, Monte M.F. Cooper, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for defendant Inktomi Corporation. I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Patent Assignment and License Agreement between William M. Pitts, Virginia N. Pitts, Inca Technology, Inc. and Network Caching Technology, L.L.C., dated April 4, 2001, and bearing bates numbers NCT012551 - NCT012561, that was produced in discovery in the above-captioned action by plaintiff NCT.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Network Caching Technology, L.L.C.'s Response to Defendant Inktomi Corporation's First Set of Interrogatories that plaintiff NCT served on defendant Inktomi on January 22, 2002 in the above-captioned action.

4. Attached hereto as **Exhibit 3** is a true and correct copy of United States Patent No. 5,611,049, bates numbered NCT 010605 – NCT 010654, that was produced in discovery in the above-captioned action by plaintiff NCT.

5. Attached hereto as **Exhibit 4** is a true and correct copy of United States Patent No. 5,892,914, bates numbered NCT 010740 – NCT 010787, that was produced in discovery in the above-captioned action by plaintiff NCT.

6. Attached hereto as **Exhibit 5** is a true and correct copy of United States Patent No. 6,026,452, bates numbered NCT 010864 – NCT 010911, that was produced in discovery in the above-captioned action by plaintiff NCT.

7. Attached hereto as **Exhibit 6** is a true and correct copy of United States Patent No. 6,085,234, downloaded from the Website www.delphion.com, which maintains records of patents issued by the United States Patent & Trademark Office.

8. Attached hereto as **Exhibit 7** are true and correct copies of an Action by Written Consent of Sole Incorporator of Inca Technologies, Inc. (bates numbered NCT011876) and an

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:191032.1

DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF
INKTOMI'S MOTION TO DISMISS
(CASE NO. C 01-2079 VRW)

1  Action by Written Consent in Lieu of Organizational Meeting of Inca Technologies, Inc. (bates

2  numbered NCT011877 – NCT011950) that were produced in discovery in the above-captioned

3  action by plaintiff NCT.

4      9.      Attached hereto as **Exhibit 8** is a true and correct copy of a Patent License

5  Agreement entered into between William M. Pitts, Virginia M. Pitts, and Inca Technology, Inc.

6  on October 10, 1996, bated numbered NCT012567 – NCT012575, that was produced in

7  discovery in the above-captioned action by plaintiff NCT.

8      10.     Attached hereto as **Exhibit 9** is a true and correct copy of a memorandum from

9  Carl Amdahl and William Pitts to the stockholders of Inca Technology, Inc., dated December 23,

10  1998, bearing bates numbers NCT012712 – NCT012770, that was produced in discovery in the

11  above-captioned action by plaintiff NCT.

12     11.    **REDACTED**

13     12.    Attached hereto as **Exhibit 11** is a true and correct copy of a document entitled

14  "NCT Directors" bearing bates numbers PITTS-01-0012521 - PITTS-01-00112522 that William

15  M. Pitts produced pursuant to a subpoena duly issued in the above-captioned action.

16     13.    Attached hereto as **Exhibit 12** is a true and correct copy of Disclosure of Non-

17  Party Interested Entities or Persons that was filed with NCT's Complaint on May 29, 2001.

18  Executed on the 25th day of April, 2002, in Menlo Park, California.

19  I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct.

21

22                                  /s/ Monte M.F. Cooper /s/

23                                     Monte M.F. Cooper

24

25

26

27

28