1  WILLIAM L. ANTHONY, JR. (State Bar No. 106908)
2  I. NEEL CHATTERJEE (State Bar No. 173985)
   MONTE M.F. COOPER (State Bar No. 196746)
3  SAM O'ROURKE (State Bar No. 205233)
   MICHAEL C. SPILLNER (State Bar No. 205785)
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:    (650) 614-7400
6  Facsimile:    (650) 614-7401

7  Attorneys for Defendant
   Inktomi Corporation
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| NETWORK CACHING TECHNOLOGY, L.L.C., | CASE NO. C 01-2079 VRW (BZ) |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF ALL DOCUMENTS ON PLAINTIFF'S PRIVILEGE LOG** |
| v. | |
| NOVELL, INC.; VOLERA, INC.; AKAMAI TECHNOLOGIES, INC.; CACHEFLOW, INC.; and INKTOMI CORPORATION, | Date:<br>Time:<br>Judge: Magistrate Judge Bernard Zimmerman<br>Place: Courtroom G, 15th Floor |
| Defendants. | |

21      PLEASE TAKE NOTICE THAT as soon as the matter may be heard in Courtroom G,

22  15th Floor of the San Francisco Division of the United States District Court for the Northern

23  District of California, defendant Inktomi Corporation ("Defendant") will and hereby does move

24  this Court to enter an Order compelling plaintiff, Network Caching Technology, L.L.C. ("NCT"),

25  to produce all documents listed on its privilege log.

26      Defendant makes its motion on the basis that NCT has voluntarily waived the attorney

27  client privilege and work product protection by intentionally producing for tens of thousands of

28  otherwise protected documents covering every subject matter in this case. As a result, NCT has

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:195045.1

-1-

MOTION TO COMPEL
Case No. C 01-2079 VRW (BZ)

1 effected a total subject matter with regard to all attorney-client and work product communications
2 related to the issues in this lawsuit.
3     This motion is based on the notice of motion, the memorandum of points and authorities,
4 the Declaration submitted by Defendant, the complete files and records in this action, all matters
5 of which the Court may take judicial notice, and any and all documentary evidence or oral
6 argument as may be presented in conjunction with the hearing on this motion.
7 Dated: May 31, 2002                Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ I. Neel Chatterjee /s/
I. Neel Chatterjee
Attorneys for Defendant Inktomi Corporation

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:195045.1

-2-

MOTION TO COMPEL
Case No. C 01-2079 VRW (BZ)