Maria K. Nelson (State Bar No. 155608)
JONES, DAY, REAVIS & POGUE
555 West Fifth Street
Suite 4600
Los Angeles, California  90013-1025
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Blaney Harper (*Pro Hac Vice*)
JONES, DAY, REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:    (202) 879-3939
Facsimile:    (202) 626-1700

Attorneys for Plaintiff
NETWORK CACHING TECHNOLOGY, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NETWORK CACHING TECHNOLOGY, L.L.C.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NOVELL, INC., VOLERA, INC., AKAMAI TECHNOLOGIES, INC., CACHEFLOW INC., AND INKTOMI CORPORATION,**<br><br>**Defendants.** | Case No.  CV-01-2079 (VRW)<br><br>**DECLARATION OF LAURA T. GEYER IN SUPPORT OF PLAINTIFF NETWORK CACHING TECHNOLOGY, L.L.C.'S MEMORANDUM IN OPPOSITION TO DEFENDANT INKTOMI CORPORATION'S MOTION TO STRIKE PLAINTIFF'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>Date:     June 27, 2002<br>Time:    2:00 pm<br>Judge:   Honorable Vaughn R. Walker<br>Place:   Courtroom 6, 17th Floor |

Case No. CV-01-2079 (VRW)
GEYER DECLARATION IN SUPPORT OF NCT'S OPPOSITION TO INKTOMI'S MOTION
TO STRIKE NCT'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS

WA-1299398v1

I, Laura T. Geyer, declare as follows:

1. I am an attorney with the law firm of Jones, Day, Reavis & Pogue, counsel for plaintiff Network Caching Technology, L.L.C. ("NCT"). I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of two letters from Blaney Harper to Monte M.F. Cooper dated April 9, 2002.

3. Attached hereto as **Exhibit B** is a chart summarizing the patents, claims, and Accused Products named in NCT's Second Revised Preliminary Infringement Contentions.

4. Attached hereto as **Exhibit C** is a true and correct copy of portions of NCT's Second Revised Preliminary Infringement Contentions Appendix E-3 ("Accused Inktomi Product: Traffic Server E-Class") that was served by NCT on April 15, 2002.

5. Attached hereto as **Exhibit D** is a true and correct copy of documents bates numbered INK 8097-8104 and INK 8083-8086 that were cited by NCT in Appendix E-3 of its Second Revised Preliminary Infringement Contentions.

6. Attached hereto as **Exhibit E** is a true and correct copy of the District Court opinion in *View Engineering, Inc. v. Robotic Vision Systems, Inc.* granting sanctions on six of the eight patents at issue, (No. CV-95-1882 (C.D. Cal. June 24, 1996)), which was affirmed by the Court of Appeals for the Federal Circuit in *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981 (Fed. Cir. 2000).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Declaration of Roger S. Thompson, cited by the Court of Appeals for the Federal Circuit in the case of *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981 (Fed. Cir. 2000).

8. Attached hereto as **Exhibit G** is a true and correct copy of a declaration by John C. Mitchell, Professor of Computer Science at Stanford University, prepared June 5, 2002.

9. Attached hereto as **Exhibit H** is a true and correct copy of the transcript from the March 15, 2002 hearing before Judge Walker.

Executed this 6th day of June, 2002, in Washington, District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Laura T. Geyer

Laura T. Geyer