1  Maria K. Nelson (State Bar No. 155608)
   JONES, DAY, REAVIS & POGUE
2  555 West Fifth Street
   Suite 4600
3  Los Angeles, California  90013-1025
   Telephone:    (213) 489-3939
4  Facsimile:    (213) 243-2539

5  Blaney Harper (*Pro Hac Vice*)
   JONES, DAY, REAVIS & POGUE
6  51 Louisiana Avenue, N.W.
   Washington, DC  20001-2113
7  Telephone:    (202) 879-3939
   Facsimile:    (202) 626-1700
8
   Attorneys for Plaintiff
9  NETWORK CACHING TECHNOLOGY, L.L.C.

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14                        SAN FRANCISCO DIVISION

15

| 16 | **NETWORK CACHING TECHNOLOGY, L.L.C.,** | Case No.  CV-01-2079 (VRW) |
|---|---|---|
| 17 |  | **DECLARATION OF LAURA T. GEYER IN SUPPORT OF PLAINTIFF NETWORK CACHING TECHNOLOGY, L.L.C.'S MEMORANDUM IN OPPOSITION TO DEFENDANT AKAMAI TECHNOLOGIES, INC.'S MOTION TO STRIKE PLAINTIFF'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS** |
| 18 | **Plaintiff,** | |
| 19 | v. | |
| 20 | **NOVELL, INC., VOLERA, INC., AKAMAI TECHNOLOGIES, INC., CACHEFLOW INC., AND INKTOMI CORPORATION,** | |
| 21 | | |
| 22 | **Defendants.** | Date:    June 27, 2002<br>Time:    2:00 pm<br>Judge:   Honorable Vaughn R. Walker<br>Place:   Courtroom 6, 17th Floor |
| 23 | | |
| 24 | | |

25

26

27

28

Case No. CV-01-2079 (VRW)
GEYER DECLARATION IN SUPPORT OF NCT'S OPPOSITION TO AKAMAI'S MOTION
TO STRIKE NCT'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS

WA-1299404v1

I, Laura T. Geyer, declare as follows:

1. I am an attorney with the law firm of Jones, Day, Reavis & Pogue, counsel for plaintiff Network Caching Technology, L.L.C. ("NCT"). I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of two letters from Blaney Harper to Monte M.F. Cooper dated April 9, 2002.

3. Attached hereto as **Exhibit B** is a chart summarizing the patents, claims, and Accused Products named in NCT's Second Revised Preliminary Infringement Contentions.

4. Attached hereto as **Exhibit C** is a true and correct copy of portions of NCT's Second Revised Preliminary Infringement Contentions Appendix C-1 ("Accused Akamai Product: Freeflow Service") that was served by NCT on April 15, 2002.

5. Attached hereto as **Exhibit D** is a true and correct copy of documents bates numbered AKAMAI 110-113; CF 5945-5951; CF 6027-6030; CF 7443-7450; CF 7451-7468; and CF 7482-7485 that were cited by NCT in Appendix C-1 of its Second Revised Preliminary Infringement Contentions. Although the documents bearing CacheFlow bates numbers are marked "Confidential," CacheFlow attorney Sanjeet K. Dutta indicated in his May 23, 2002 declaration, ¶ 9, that these documents are all publicly available and need not be filed under seal.

6. Attached hereto as **Exhibit E** is a true and correct copy of the District Court opinion in *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, granting sanctions on six of the eight patents at issue, (No. CV-95-1882 (C.D. Cal. June 24, 1996)), which was affirmed by the Court of Appeals for the Federal Circuit in *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981 (Fed. Cir. 2000).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Declaration of Roger S. Thompson, cited by the Court of Appeals for the Federal Circuit in the case of *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981 (Fed. Cir. 2000).

8. Attached hereto as **Exhibit G** is a true and correct copy of a declaration by John C. Mitchell, Professor of Computer Science at Stanford University, prepared June 5, 2002.

9. Attached hereto as **Exhibit H** is a true and correct copy of the transcript from the March 15, 2002 hearing before Judge Walker.

Executed this 6th day of June, 2002, in Washington, District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Laura T. Geyer

Laura T. Geyer

Case No. CV-01-2079 (VRW)
GEYER DECLARATION IN SUPPORT OF NCT'S OPPOSITION TO AKAMAI'S MOTION
TO STRIKE NCT'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS

WA-1299404v1    3