SUMMARY OF NCT'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS

| Pat No. | Claim No. | NOVELL | | VOLERA | AKAMAI | | CACHEFLOW | | | | INKTOMI | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Border Mgr. | Internet Caching System (ICS) | Excelerator & Novell Border Mgr | Excelerator | FreeFlow Service | FreeFlow & EdgeScape | 600 | 6000 | 700 | 7000 | Traffic Server C-Class | Software Developer's Kit | Traffic Server E-Class | Traffic Server Media IXT | Content Networking Platform (CNP) — Edge, Core Controller | Content Delivery Suite (CDS) |
| '049 | 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | 2 | | | | | | | | | | | X | X | X | X | X | X |
| | 3 | | | | | | | | | | | X | X | X | X | X | X |
| | 16 | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| | 17 | | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| | 18 | | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| '914 | 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | 2 | | | | | | | | | | | X | X | X | X | X | X |
| | 3 | | | | | | | | | | | X | X | X | X | X | X |
| | 9 | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| | 10 | | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| | 11 | | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| '452 | 13 | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| | 14 | | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| | 15 | | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| '234 | 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | 2 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | 3 | X | X | X | X | X | X | X | X | X | | X | X | X | X | X | X |
| | 19 | | | | | | | | | | | Y | Y | Y | Y | Y | Y |

Key:  X = claim infringed.
       Y = claim, as construed under 35 U.S.C. § 112, ¶ 6, infringed.

WA1299430v2