Maria K. Nelson (State Bar No. 155608)
JONES, DAY, REAVIS & POGUE
555 West Fifth Street
Suite 4600
Los Angeles, California  90013-1025
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Blaney Harper (*Pro Hac Vice*)
JONES, DAY, REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:   (202) 879-3939
Facsimile:   (202) 626-1700

Attorneys for Plaintiff
NETWORK CACHING TECHNOLOGY, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NETWORK CACHING TECHNOLOGY, L.L.C.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NOVELL, INC., VOLERA, INC., AKAMAI TECHNOLOGIES, INC., CACHEFLOW INC., AND INKTOMI CORPORATION,**<br><br>**Defendants.** | Case No.  CV-01-2079 (VRW)<br><br>**DECLARATION OF LAURA T. GEYER IN SUPPORT OF PLAINTIFF NETWORK CACHING TECHNOLOGY, L.L.C.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS NOVELL, INC. AND VOLERA, INC.'S MOTION TO STRIKE PLAINTIFF'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>Date:     June 27, 2002<br>Time:    2:00 pm<br>Judge:   Honorable Vaughn R. Walker<br>Place:    Courtroom 6, 17th Floor |

Case No. CV-01-2079 (VRW)
GEYER DECLARATION IN SUPPORT OF NCT'S OPPOSITION TO NOVELL AND VOLERA'S MOTION
TO STRIKE NCT'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS

WA-1299411v1

I, Laura T. Geyer, declare as follows:

1. I am an attorney with the law firm of Jones, Day, Reavis & Pogue, counsel for plaintiff Network Caching Technology, L.L.C. ("NCT"). I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of two letters from Blaney Harper to Monte M.F. Cooper dated April 9, 2002.

3. Attached hereto as **Exhibit B** is a chart summarizing the patents, claims, and Accused Products named in NCT's Second Revised Preliminary Infringement Contentions.

4. Attached hereto as **Exhibit C** is a true and correct copy of portions of NCT's Second Revised Preliminary Infringement Contentions Appendix A-1 ("Accused Novell Product: BorderManager") that was served by NCT on April 15, 2002.

5. Attached hereto as **Exhibit D** is a true and correct copy of documents bates numbered NCT 10657-10669, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

6. Attached hereto as **Exhibit E** is a true and correct copy of documents bates numbered NCT 10657 and NCT 10670-10671, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

7. Attached hereto as **Exhibit F** is a true and correct copy of documents bates numbered NCT 10657 and NCT 10672-10673, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

8. Attached hereto as **Exhibit G** is a true and correct copy of documents bates numbered NCT 10657 and NCT 10674-10678, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

9. Attached hereto as **Exhibit H** is a true and correct copy of documents bates numbered NCT 10657 and NCT 10679-10683, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

10. Attached hereto as **Exhibit I** is a true and correct copy of documents bates numbered NCT 10657 and NCT 10684-10686, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

11. Attached hereto as **Exhibit J** is a true and correct copy of documents bates numbered NCT 10657 and NCT 10687-10695, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

12. Attached hereto as **Exhibit K** is a true and correct copy of documents bates numbered NCT 10657 and NCT 10696-10699, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

13. Attached hereto as **Exhibit L** is a true and correct copy of documents bates numbered NCT 10702-10712, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

14. Attached hereto as **Exhibit M** is a true and correct copy of documents bates numbered NCT 10702 and NCT 10713-10714, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

15. Attached hereto as **Exhibit N** is a true and correct copy of documents bates numbered NCT 10702 and NCT 10715, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

16. Attached hereto as **Exhibit O** is a true and correct copy of documents bates numbered NCT 10702 and NCT 10716-10717, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

17. Attached hereto as **Exhibit P** is a true and correct copy of documents bates numbered NCT 10702 and NCT 10718-10722, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

18. Attached hereto as **Exhibit Q** is a true and correct copy of documents bates numbered NCT 10702 and NCT 10723-10727, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

Case No. CV-01-2079 (VRW)
GEYER DECLARATION IN SUPPORT OF NCT'S OPPOSITION TO NOVELL AND VOLERA'S MOTION
TO STRIKE NCT'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS

WA-1299411v1

3

19.   Attached hereto as **Exhibit R** is a true and correct copy of documents bates numbered NCT 10702 and NCT 10728-10735, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

20.   Attached hereto as **Exhibit S** is a true and correct copy of documents bates numbered NCT 10702 and NCT 10736-10738, which are excerpts from the infringement analysis provided to Novell in April 2000 (bates numbered NCT 10600-10970).

21.   Attached hereto as **Exhibit T** is a true and correct copy of a document bates numbered NOVL 13267-13280 that was cited by NCT in Appendix A-1 of its Second Revised Preliminary Infringement Contentions.

22.   Attached hereto as **Exhibit U** is a true and correct copy of the District Court opinion in *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, granting sanctions on six of the eight patents at issue, (No. CV-95-1882 (C.D. Cal. June 24, 1996)), which was affirmed by the Court of Appeals for the Federal Circuit in *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981 (Fed. Cir. 2000).

23.   Attached hereto as **Exhibit V** is a true and correct copy of the Declaration of Roger S. Thompson, cited by the Court of Appeals for the Federal Circuit in the case of *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981 (Fed. Cir. 2000).

24.   Attached hereto as **Exhibit W** is a true and correct copy of a declaration by John C. Mitchell, Professor of Computer Science at Stanford University, prepared June 5, 2002.

25.   Attached hereto as **Exhibit X** is a true and correct copy of the transcript from the March 15, 2002 hearing before Judge Walker.

Executed this 6th day of June, 2002, in Washington, District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Laura T. Geyer

Laura T. Geyer