SUMMARY OF NCT'S SECOND REVISED PRELIMINARY INFRINGEMENT CONTENTIONS

| Pat No. | Claim No. | NOVELL Border Mgr. | NOVELL Internet Caching System (ICS) | NOVELL Excelerator & Novell Border Mgr | VOLERA Excelerator | AKAMAI FreeFlow Service | AKAMAI FreeFlow & EdgeScape | CACHEFLOW 600 | CACHEFLOW 6000 | CACHEFLOW 700 | CACHEFLOW 7000 | INKTOMI Traffic Server C-Class | INKTOMI Software Developer's Kit | INKTOMI Traffic Server E-Class | INKTOMI Traffic Server Media IXT | INKTOMI Content Networking Platform (CNP) — Edge, Core Controller | INKTOMI Content Delivery Suite (CDS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '049 | 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|  | 2 |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X |
|  | 3 |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X |
|  | 16 | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
|  | 17 |  |  |  |  |  |  |  |  |  |  | Y | Y | Y | Y | Y | Y |
|  | 18 |  |  |  |  |  |  |  |  |  |  | Y | Y | Y | Y | Y | Y |
| '914 | 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|  | 2 |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X |
|  | 3 |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X |
|  | 9 | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
|  | 10 |  |  |  |  |  |  |  |  |  |  | Y | Y | Y | Y | Y | Y |
|  | 11 |  |  |  |  |  |  |  |  |  |  | Y | Y | Y | Y | Y | Y |
| '452 | 13 | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
|  | 14 |  |  |  |  |  |  |  |  |  |  | Y | Y | Y | Y | Y | Y |
|  | 15 |  |  |  |  |  |  |  |  |  |  | Y | Y | Y | Y | Y | Y |
| '234 | 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|  | 2 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|  | 3 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|  | 19 |  |  |  |  |  |  |  |  |  |  | Y | Y | Y | Y | Y | Y |

Key:  X = claim infringed.
      Y = claim, as construed under 35 U.S.C. § 112, ¶ 6, infringed.

WA1299430v2