## US Patent 5,611,049, Claim 16:

16. A network of digital computers that includes **a first plurality of client sites** which **request access to a stored dataset** that is stored at **a location that can be accessed through the network**, the network comprising:

**a second plurality of NDC sites**, the stored dataset whose access is requested by the client sites being stored at **an NDC server terminator site**, a request from the client sites for access to the stored dataset being received by **a third plurality of NDC client terminator sites**, each NDC site including:

(a) **an NDC that has an NDC buffer**;

(b) **means for the NDC to receive the request** to access the stored dataset;

(c) **means for the NDC to check the NDC buffer** at this NDC site to determine if **a projected image** of data requested from the stored dataset is already present there, wherein:

i. if the NDC buffer of this NDC site **does not contain a projected image** of all data requested from the stored dataset, and if **this NDC site is not the NDC server terminator site** for the stored dataset, the NDC includes **means for transmitting a request for data** from this NDC site **downstream to another NDC site closer to the NDC server terminator site** for the stored dataset than the present NDC site;

ii. if the NDC buffer of this NDC site **does not contain a projected image** of all data requested from the stored dataset, and if **this NDC site is the NDC server terminator site** for the stored dataset, **the NDC** including **means for accessing the stored dataset to project an image of the requested data into the buffer of this NDC**; and

iii. if the NDC buffer of an NDC site **contains a projected image of all requested data**, the NDC including **means for returning the data requested** from this NDC site upstream to the NDC site from which this NDC site received the request, **whereby through a succession of such returns of data** from one NDC site to the next upstream NDC site **the requested data ultimately arrives at the NDC client terminator site**, each NDC site that returns data upstream to the requesting NDC site retaining a copy of the returned data that the returning NDC site may subsequently transmit to an NDC site other than the NDC site to which the returning NDC site first returned the data, whereby images of the stored dataset may be projected concurrently from **a single NDC site into the third plurality of NDC client terminator sites**; and

(d) **means for the NDC client terminator site to return the requested data** to the client site that requested access to the stored dataset.

NCT010702

049.16
2



Figure 5



Figure 6



Figure 8



Figure 7

16. A network of digital computers that includes **a first plurality of client sites** which **request access to a stored dataset** that is stored at **a location that can be accessed through the network**, the network comprising:

NCT010703



Figure 6

Figure 7

Figure 5

Figure 8

16. A network of digital computers that includes a first plurality of client sites which request access to a stored dataset that is stored at a location that can be accessed through the network, the network comprising:













Figure 6

Figure 7

Figure 5

Figure 8

a second plurality of NDC sites, the stored dataset whose access is requested by **the client sites** being stored at an NDC server terminator site, a request from **the client sites** for access to the stored dataset being received by **a third plurality of NDC client terminator sites**, each NDC site including:





Figure 6

Figure 7

Figure 5

Figure 8

a second plurality of NDC sites, the stored dataset whose access is requested by **the client sites** being stored at **an NDC server terminator site**, a request from **the client sites** for access to the stored dataset being received by a third plurality of NDC client terminator sites, each NDC site including: