MICHAEL A. LADRA, State Bar No. 64307
JAMES C. OTTESON, State Bar No. 157781
KIMBERLEY P. ZAPATA, State Bar No. 138291
MONICA MUCCHETTI, State Bar No. 164107
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
and Counterclaimants
NOVELL, INC. and VOLERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK CACHING TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., VOLERA, INC., AKAMAI TECHNOLOGIES, INC., CACHEFLOW, INC., and INKTOMI CORPORATION. <br><br> Defendants. | CASE NO.: CV-01-2079 (VRW) <br><br> JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER <br><br><br> Date: November 14, 2002 <br> Time: 3:30 p.m. <br> Judge: Hon. Vaughn R. Walker <br> Location: Courtroom 6, 17th Floor |
| AND RELATED COUNTERCLAIMS | |

The parties to the above-entitled action jointly submit this Joint Case Management

Conference Statement, pursuant to the Court's April 3, 2002 Order Granting Stipulation.

**PROCEDURAL POSTURE OF THE CASE**

Pursuant to the Court's August 13, 2002 Order, the Court ordered plaintiff Network Caching Technology, L.L.C. ("NCT") to serve revised preliminary infringement contentions ("PICs") by September 15, 2002, in conformance with Patent L.R. 3-1 and the Court's instructions. Based upon stipulation of the parties, the deadline was extended to October 15, 2002. The Court also stayed all discovery in this action until NCT served its revised PICs. NCT served its revised PICs on October 15, 2002.

NCT believes its revised PICs conform to the requirements of Patent L.R. 3-1 and the Court's Order of August 13, 2002. However, upon their review of NCT's third revised preliminary contentions, defendants Novell, Inc. Volera, Inc. Inktomi Corp., and Cacheflow, Inc. (collectively "Defendants")[1] believe that NCT's Third Revised Preliminary Infringement Contentions still fail to conform with the requirements of Patent LR 3-1 and the express order of this Court. As a result, defendants intend to file a Motion to Dismiss The Action For Plaintiff's Failure to Comply with A Court Order Pursuant to Fed. R. Civ. P., R. 41(b) (hereafter "Motion to Dismiss"). At least some defendants also intend to file motions for sanctions based upon same or similar facts to the motion to dismiss and the earlier motion to strike.

Therefore, the parties propose the following case management schedule which sets a briefing schedule as well as a schedule under Patent Local Rules 3 and 4. The parties further propose all discovery be stayed until the hearing on Defendant's motion to dismiss.

---

[1] Defendant Akamai Technologies, Inc. is not a party to this submission, since they (together with plaintiff) have filed a Stipulation for Dismissal.

## PROPOSED SCHEDULING ORDER

| DATE | EVENT |
|---|---|
| December 18, 2002 | Opening Brief on Defendants' Motion to Dismiss and any individual defendant's motion for sanctions |
| January 2, 2003 | NCT's Opposition to Defendant's Motion to Dismiss and Motion for sanctions |
| January 9, 2003 | Reply Brief in Support of Defendants' Motion to Dismiss and motion for sanctions |
| January 23, 2003 | Hearing on Defendants' Motion to Dismiss and motion for sanctions |
| February 24, 2003 (or 30 days after Court's ruling on the Motion to Dismiss, whichever is later) | (1) Defendants' "Preliminary Invalidity Contentions" due.<br><br>(2) Defendants' related document production due. |
| March 6, 2003 (or 10 days after Preliminary Invalidity Contentions, whichever is later) | Parties simultaneously exchange list of "Proposed Terms and Claim Elements for Construction" |
| March 26, 2003 (or 20 days after Exchange of Proposed Terms, whichever is later) | Parties simultaneously exchange "Preliminary Claim Construction and Extrinsic Evidence" |

| DATE | EVENT |
|---|---|
| April 24, 2003 (or 60 days after Preliminary Invalidity Contentions, whichever is later) | Joint Claim Construction and Pre-Hearing Statement Due Parties |
| May 26, 2003 (or 30 days after Joint Claim Construction Statement, whichever is later) | Claim Construction Discovery Closes |
| June 10, 2003 (or 45 days after Joint Claim Construction Statement, whichever is later) | NCT's Opening Brief on Claim Construction |
| June 24, 2003 (or 14 days after Opening Brief, whichever is later) | Defendants' Responsive Brief on Claim Construction |
| July 1, 2003 (or 7 days after Response Brief, whichever is later) | NCT's Reply Brief on Claim Construction |
| July 17, 2003 (or to be set at least 14 days after Reply Brief at the Court's convenience) | Claim Construction Hearing |

| | | |
|---|---|---|
| 1 | Dated: November 7, 2002 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/James C. Otteson<br>    James C. Otteson |
| 5 | | Attorneys for Defendants and Counterclaimants |
| 6 | | NOVELL, INC. and VOLERA, INC. |
| 7 | | |
| 8 | Dated: November 7, 2002 | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP |
| 9 | | |
| 10 | | By: /s/Tarek N. Fahmi<br>    Tarek N. Fahmi |
| 11 | | |
| 12 | | Attorneys for Defendant and Counterclaimant CACHEFLOW, INC. |
| 13 | | |
| 14 | Dated: November 7, 2002 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | | |
| 16 | | |
| 17 | | By: /s/William L. Anthony, Jr.<br>    William L. Anthony, Jr. |
| 18 | | Attorneys for Defendant INKTOMI CORPORATION |
| 19 | | |
| 20 | | |
| 21 | Dated: November 7, 2002 | JONES, DAY, REAVIS & POGUE |
| 22 | | |
| 23 | | By: /s/Blaney Harper<br>    Blaney Harper |
| 24 | | Attorneys for Plaintiff and Counterclaim-Defendant NETWORK CACHING TECHNOLOGY, L.L.C. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1    The Joint Case Management Statement and Proposed Order is hereby adopted by the
2    Court as the Case Management Order for this action and the parties are ordered to comply with
3    this Order.
4
5    Dated: _____
                                                    _____
                                                    HONORABLE VAUGHN R. WALKER
6                                                   United States District Court Judge

I, James C. Otteson, am the ECF User whose identification and password are being used to file this Joint Case Management Conference Statement And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that Tarek N. Fahmi, William L. Anthony, Jr. and Blaney Harper have concurred in this filing:

Dated: November 7, 2002

                                  WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                  By: /s/James C. Otteson
                                          James C. Otteson

                                  Attorneys for Defendants and Counterclaimants
                                  NOVELL, INC. and VOLERA, INC.