UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


**CIVIL MINUTES**                                   Judge: **VAUGHN R. WALKER**

Date: **May 8 , 2003**

**C 01-2079  VRW Network Caching Technology LLC  v Novell, Inc., et al. ,**

Attorneys:  Blaney Harper     Neel Chatterjee, Monte Cooper
William O'Callaghan, James Otteson, Tarek Fahmi

Deputy Clerk: CORA DELFIN            Reporter: Rosita Flores

PROCEEDINGS:                                        RULING:

1)  Defendants Novell and Volera's Motion for Partial SJ
 as to Claims 1,2,3 or the '234 patent Not Entitled to an Earlier
Priority Date                                        SUBMITTED

2) Claim Construction Hearing


ORDER TO BE PREPARED BY : Court