# JONES DAY

51 LOUISIANA AVENUE, N.W.

WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

WRITER'S DIRECT NUMBER:
202-879-7623
bharper@jonesday.com

080201
491025-600-001

September 17, 2003

VIA ELECTRONIC FILING

The Honorable Vaughn R. Walker
United States District Court for the
Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: NCT v. Novell et. al., Civil Action CV-01-2079 VRW (BZ)
U.S. District Court, N.D. Cal., San Francisco Division

Dear Judge Walker:

The parties Network Caching Technology, L.L.C. ("NCT") and Inktomi Corporation ("Inktomi") in the above-referenced action write to inform you that they have reached a settlement of their dispute. Based on this settlement, NCT and Inktomi jointly request that the Court refrain from taking any action on any outstanding motion (*e.g.*, Docket Nos. 361, 365, etc.) between the parties. The parties are acting promptly to draft the necessary papers to complete the settlement.

Respectfully submitted,

/s/ I. Neel Chatterjee
I. Neel Chatterjee
Orrick, Herrington & Sutcliffe L.L.P.

Attorneys for Defendant
Inktomi Corporation

/s/ Blaney Harper
Blaney Harper
Jones Day

Attorneys for Plaintiff
Network Caching Technology, L.L.C.