MICHAEL A. LADRA, State Bar No. 64307
JAMES C. OTTESON, State Bar No. 157781
KIMBERLY P. ZAPATA, State Bar No. 138291
WILLIAM O'CALLAGHAN, State Bar No. 178866
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
and Counterclaimants
NOVELL, INC. and VOLERA, INC.

E-filing

FILED
OCT 24 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK CACHING TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., VOLERA, INC., INKTOMI CORPORATION, and CACHEFLOW, INC., <br><br> Defendants. | No. CV 01-2079 (VRW) <br><br> JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANTS NOVELL, INC. AND VOLERA, INC. |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Network Caching Technology, L.L.C. ("NCT") and defendants Novell, Inc. and Volera, Inc. (collectively, "Novell") hereby jointly request that the complaint, and all claims and counterclaims asserted in the above referenced action by and between NCT and Novell be dismissed with prejudice.

This request for dismissal is in accordance with, and in order to effectuate, a settlement between Novell, on the one hand, and NCT, on the other hand. Each party shall bear its own fees and costs with respect to this action.

JOINT REQUEST FOR DISMISSAL OF COMPLAINT
AGAINST DEFENDANTS NOVELL, INC. AND
VOLERA, INC.

2329682_1.DOC

1     Nothing in this request for dismissal is intended to affect the claims of NCT as against
2 Inktomi Corporation and Cacheflow, Inc.

4 Dated: October 14, 2003      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ James C. Otteson
     James C. Otteson

Attorneys for Defendants and Counterclaimants
NOVELL, INC. and VOLERA, INC.

10 Dated: October 13, 2003      JONES, DAY, REAVIS & POGUE

By: /s/Blaney Harper (original signature on file)
     Blaney Harper

Attorneys for Plaintiff
Network Caching Technology, LLC

17 IT IS SO ORDERED.

19 DATED: _____

United States District Judge