Maria K. Nelson (State Bar No. 155608)
JONES DAY
555 West Fifth Street
Suite 4600
Los Angeles, California 90013-1025
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Blaney Harper (*Pro Hac Vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Plaintiff
NETWORK CACHING TECHNOLOGY, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NETWORK CACHING TECHNOLOGY, L.L.C.,**<br><br>              **Plaintiff,**<br><br>     **v.**<br><br>**NOVELL, INC., VOLERA, INC., CACHEFLOW, INC. AND INKTOMI CORPORATION,**<br><br>           **Defendants.** | **Case No. CV-01-2079 (VRW)**<br><br>**JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT CACHEFLOW, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Network Caching Technology, L.L.C. ("NCT") and defendant Blue Coat Systems, Inc. (f/k/a CacheFlow, Inc.) hereby jointly request that the complaint, and all claims and counterclaims asserted in the above-referenced action by and between NCT and Blue Coat be dismissed with prejudice.

This request for dismissal is in accordance with, and in order to effectuate, a settlement between Blue Coat, on the one hand, and NCT, on the other hand. Each party shall bear its own fees and costs with respect to this action.

WAI-2081131v1

1    Nothing in this request for dismissal is intended to affect the claims of NCT as against any

2  remaining defendant.

3  Dated:  October 30, 2003                    BLAKELY, SOKOLOFF, TAYLOR, and

4                                              ZAFMAN, L.L.P.

5

6                                              By: _____

7                                              Attorneys for Defendant and Counterclaimant

8                                              Blue Coat Systems, Inc.

9  Dated:  October 30, 2003                    JONES DAY

10

11                                             By: _____

12                                                      Blaney Harper

13                                             Attorneys for Plaintiff

   Network Caching Technology, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

UNITED STATES DISTRICT COURT

2

NORTHERN DISTRICT OF CALIFORNIA

3

SAN FRANCISCO DIVISION

4

5    **NETWORK CACHING**              **Case No.  CV-01-2079 (VRW)**
     **TECHNOLOGY, L.L.C.,**
6                                     **ORDER GRANTING STIPULATION**
                **Plaintiff,**
7
         v.
8
     **NOVELL, INC., VOLERA, INC.,**
9    **CACHEFLOW, INC. AND INKTOMI**
     **CORPORATION,**
10
                **Defendants.**
11

12

13       The JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT

14   BLUE COAT SYSTEMS, INC. (f/k/a CACHEFLOW, INC.) filed in the above captioned case is

15   **GRANTED**.

16       Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Network Caching Technology,

17   LLC ("NCT") and Defendant Blue Coat Systems, Inc. (f/k/a CacheFow, Inc.) hereby jointly

18   request that the complaint, and all claims and counterclaims asserted in the above-referenced

19   action by and between NCT and Blue Coat be dismissed with prejudice.

20       This request for dismissal is in accordance with, and in order to effectuate, a settlement

21   between Blue Coat, on the one hand, and NCT, on the other hand.  Each party shall bear its own

22   fees and costs with respect to this action.

23       Nothing in this request for dismissal is intended to affect the claims of NCT as against any

24   remaining defendant.

25       **IT IS SO ORDERED**.

26   Dated:  October __, 2003

27                                     _____
                                       VAUGHN R. WALKER
28                                     UNITED STATES DISTRICT JUDGE

WAI-2081131v1