E-filing

**FILED**

NOV 4 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 Maria K. Nelson (State Bar No. 155608)
JONES DAY
2 555 West Fifth Street
Suite 4600
3 Los Angeles, California 90013-1025
Telephone: (213) 489-3939
4 Facsimile: (213) 243-2539

5 Blaney Harper (*Pro Hac Vice*)
JONES DAY
6 51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
7 Telephone: (202) 879-3939
Facsimile: (202) 626-1700
8
Attorneys for Plaintiff
9 NETWORK CACHING TECHNOLOGY, L.L.C.

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

13
14 NETWORK CACHING
TECHNOLOGY, L.L.C.,
15
Plaintiff,
16
v.
17
NOVELL, INC., VOLERA, INC.,
CACHEFLOW, INC. AND INKTOMI
18 CORPORATION,
19
Defendants.
20

Case No. CV-01-2079 (VRW)

**JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT INKTOMI CORPORATION**

21
22 Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Network Caching Technology,
23 L.L.C. ("NCT") and defendant Yahoo! Inc. (f/k/a Inktomi Corporation) hereby jointly request that
24 the complaint, and all claims and counterclaims asserted in the above-referenced action by and
25 between NCT and Yahoo! be dismissed with prejudice.
26 This request for dismissal is in accordance with, and in order to effectuate, a settlement
27 between Yahoo!, on the one hand, and NCT, on the other hand. Each party shall bear its own fees
28 and costs with respect to this action.

Case No. CV-01-2079 (VRW)
JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT INKTOMI CORPORATION

WAI-2081131v1

Nothing in this request for dismissal is intended to affect the claims of NCT as against any remaining defendant.

Dated: October 22, 2003

ORRICK, HERRINGTON SUTCLIFFE, L.L.P.

By: /s/

Attorneys for Defendant and Counterclaimant
Yahoo! Inc.

Dated: October 23, 2003

JONES DAY

By: /s/ Blaney Harper

Attorneys for Plaintiff
Network Caching Technology, LLC

Case No. CV-01-2079 (VRW)
JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT INKTOMI CORPORATION

WAI-2081131v1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK CACHING TECHNOLOGY, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>NOVELL, INC., VOLERA, INC., CACHEFLOW, INC. AND INKTOMI CORPORATION,<br><br>Defendants. | Case No. CV-01-2079 (VRW)<br><br>ORDER GRANTING STIPULATION |

The JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT YAHOO! INC. (f/k/a INKTOMI CORPORATION) filed in the above captioned case is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Network Caching Technology, LLC ("NCT") and Defendant Yahoo! Inc. (f/k/a Inktomi Corporation) hereby jointly request that the complaint, and all claims and counterclaims asserted in the above-referenced action by and between NCT and Yahoo! be dismissed with prejudice.

This request for dismissal is in accordance with, and in order to effectuate, a settlement between Yahoo!, on the one hand, and NCT, on the other hand. Each party shall bear its own fees and costs with respect to this action.

Nothing in this request for dismissal is intended to affect the claims of NCT as against any remaining defendant.

**IT IS SO ORDERED**.

Dated: October __, 2003

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE